UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 FEB 29  A 10: 38

BY DEPUTY CLERK

LARRY S. PEARSON

VERSUS                          CIVIL ACTION NO.: 05-1377-A

NOVASTAR HOME MORTGAGE, INC.

## ORDER OF DISMISSAL

The court having been informed by the parties that this matter has been settled (doc. 52);

**IT IS ORDERED** that the captioned matter is hereby **DISMISSED** with prejudice.

Baton Rouge, Louisiana, February 27, 2007.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA